593 A.2d 334

LINDA KOTZEN AND BERNARD KOTZEN, PLAINTIFFS–APPEL-
LANTS, v. BAYSHORE COMMUNITY HOSPITAL, DEFEN-
DANT, AND CENTRAL JERSEY BLOOD BANK, DEFENDANT-
RESPONDENT.

Argued May 6, 1991—Decided July 31, 1991.

*Philip G. Auerbach* argued the cause for appellants (*Auer-bach, Melody & Cox*, attorneys; *John J. Ryan*, on the brief).

*Roger G. Ellis* argued the cause for respondent (*Bumgard-ner, Hardin & Ellis*, attorneys; *M. Christie Wise*, on the brief).

*Michael J. Haas*, Deputy Attorney General, submitted a letter in lieu of brief on behalf of *amicus curiae* State Depart-ment of Health (*Robert J. Del Tufo*, Attorney General of New Jersey, attorney).

PER CURIAM

The order of the trial court is reversed, and the matter is remanded to the Superior Court, Law Division, for reconsidera-tion in the light of *Snyder v. Mekhjian*, 125 *N.J.* 328, 593 *A.*2d 318 (1991).

POLLOCK, J., concurring.

I join in the judgment of the Court for the reasons set forth in my concurring opinion in *Snyder v. Mekhjian*, 125 *N.J.* 328, 341, 593 *A.*2d 318 (1991), also decided today.

GARIBALDI, J., dissenting.

I would affirm the trial court's order denying discovery for the reasons expressed in my opinion in *Snyder v. Mekhjian*, 125 *N.J.* 328, 593 *A.*2d 318 (1991), also decided today.

*For reversal*—Chief Justice WILENTZ, and Justices. CLIFFORD, HANDLE, POLLOCK, O'HERN and STEN—6.

*For affirmance*—Justice GARIBALDI—1.